

# NUMBER 13-11-00152-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**BARRY DWAYNE MINNFEE,**          **Appellant,**

**v.**

**MR. DAVID SWEETIN, ASST. WARDEN**
**RICHARD GUNNELS, CHIEF DIVISION**
**COUNSEL (FBI) AND MR. WILLIAM D. HAMAN,**      **Appellees.**

---

### On appeal from the 130th District Court
### of Matagorda County, Texas

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Barry Wayne Minnfee, attempted to perfect an appeal from an order entered by the 130th District Court of Matagorda, County, Texas, in cause no. 11-H-0222-C. Upon review of the documents before the Court, it appeared that there was no final appealable order. The Clerk of this Court notified appellant of this defect so

that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant has responded that he is appealing from an order dated April 5, 2011.

The District Clerk of Matagorda County informed us that the trial court record fails to include an order dated April 5, 2011, or a final judgment. The Court, having fully reviewed and considered the documents herein, concludes that because there is no final or appealable order that invokes our appellate jurisdiction, the cause should be dismissed for want of jurisdiction. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c). Any pending motions are DISMISSED AS MOOT.

PER CURIAM

Delivered and filed the
30th day of June, 2011.

2